1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Civil No.   07MJ0141 RBB
                                        )   Merged into 07CR0351   GT
12                      Plaintiff,      )
                                        )   ORDER EXONERATING CRIMINAL
13   v.                                 )   BOND AND RECONVEYANCE OF TRUST
                                        )   BOND
14   GERARDO HERNANDEZ,                 )
                                        )
15                      Defendants.     )
     _____)

16

17        On July 30, 2007, United States District Court Judge Gordon

18   Thompson, Jr., ordered that the criminal bail bond posted for

19   Defendant Gerardo Hernandez be exonerated [doc. no. 22].

20   Consequently, the following real property, located at 11702 Pioneer

21   Boulevard, Norwalk, CA 90650, posted as security for the bond, may

22   be released and reconveyed to Miguel R. Valenzuela and Luz E.

23   Valenzuela, whose current address is 11702 Pioneer Boulevard,

24   Norwalk, CA 90650.

25        IT IS SO ORDERED.

26

27   Dated:  August 4, 2009
                                        Ruben B. Brooks, Magistrate Judge
28                                      United States District Court